```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

SEAN B. MCCARTHY,                      )
                                       )
          Plaintiff,                   )
                                       )
     v.                                )
                                       )        1:25-cv-135
LT. FOX, OFFICER DAISY,                )
OFFICER SANFIELD, and MOORE            )
COUNTY SHERIFF'S OFFICE/DEPT.,         )
in their individual and                )
official capacities,                   )
                                       )
          Defendants.                  )

## ORDER

On October 20, 2025, the United States Magistrate Judge's Recommendation ("Recommendation") was filed and notice was served on Plaintiff pursuant to 28 U.S.C. § 636. (Docs. 7, 8.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 7), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** based on Plaintiff's failure to update his address with the court and failure to prosecute the case.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 2nd day of January, 2026.

　　　　　　　　　　　　／s／ William L. Osteen, Jr.
　　　　　　　　　　　　United States District Judge